LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletreedeakins.com
LESLIE E. WALLIS, CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
MARA B. BRANDES, CA Bar No. 259071
mara.brandes@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendant
COLLABERA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTGAGE INDUSTRY SOLUTIONS, INC., | Case No. CV10-02636-KJM-DAD |
| Plaintiff, | **ORDER GRANTING DEFENDANT COLLABERA INC'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS** |
| v. | |
| COLLABERA, INC. and DOES 1 to 10, inclusive, | |
| Defendants. | Date:        March 2, 2011<br>Time:        10:00 a.m.<br>Place:       Courtroom 3 |

GOOD CAUSE APPEARING,

Defendant Collabera Inc.'s request to appear telephonically at the Motion to

Dismiss at 10:00 a.m. on March 2, 2011 is GRANTED.

IT IS SO ORDERED.

DATED:  February 18, 2011.

_____
UNITED STATES DISTRICT JUDGE

collabera Proposed
Order re Request to

1                     Case No. CV10-02636-GEB-DAD
ORDER GRANTING DEFENDANT COLLABERA INC'S REQUEST TO APPEAR
TELEPHONICALLY AT MOTION TO DISMISS