1 | LINDA CLAXTON, CA Bar No. 125729
linda.claxton@ogletreedeakins.com
2 | LESLIE E. WALLIS, CA Bar No. 128435
leslie.wallis@ogletreedeakins.com
3 | MARA B. BRANDES, CA Bar No. 259071
mara.brandes@ogletreedeakins.com,
4 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
5 | Los Angeles, CA  90071
Telephone:   213.239.9800
6 | Facsimile:    213.239.9045

7 | Attorneys for Defendant
COLLABERA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MORTGAGE INDUSTRY SOLUTIONS, INC., | Case No. CV10-02636-KJM-DAD |
|---|---|
| Plaintiff, | **ORDER TRANSFERRING MATTER TO U.S. DISTRICT COURT, CENTRAL DISTRICT** |
| v. | |
| COLLABERA, INC. and DOES 1 to 10, inclusive, | Complaint Filed: May 10, 2010 |
| Defendants. | Trial Date:         None |

1 | The parties hereto having so stipulated, IT IS ORDERED that the above-captioned
2 | action is hereby transferred to the United States District Court, Central District of California.
3 | The clerk of this court is authorized to transfer all the pleadings and papers herein to the clerk
4 | of the court of the Central District.
5 | IT IS SO ORDERED.
6 | DATED:  May 6, 2011.
7 |
8 | 10135858.1 (OGLETREE)       _____
  |                             UNITED STATES DISTRICT JUDGE

10CV2636.O.0506.doc